·(100 So. 569)

**SHOWERS v. STATE.  (6 Div. 392.)**

(Court of Appeals of Alabama.  June 3, 1924.)

.Rape &=22—Indictment held sufficient to show that assaulted party was woman.

Indictment that defendant "did assault" named person "with intent forcibly to ravish her" held sufficient, in view of Code 1907, §§ 7134, 7135, to show that party assaulted was .a woman, though it does not follow in hæc verba the form prescribed by section 7161 (15).

Appeal from Circuit Court, Tuscaloosa ·County; Fleetwood Rice, Judge.

John Showers was convicted of assault ·to rape, and he appeals. Affirmed.

The indictment is as follows:

"The grand jury of said county charge that 'before the finding of this indictment John Showers, whose name is otherwise unknown to the grand jury, did assault Mertie Simpson, with intent forcibly to ravish her, against the peace .and dignity of the state of Alabama."

W. W. Lavender, of Centerville, for appellant.

No brief reached the Reporter. ·

Harwell G. Davis, Atty. Gen., for the State.

No brief reached the Reporter.

SAMFORD, J.  There was demurrer to the indictment on the ground that there was no allegation that the party assaulted was a woman. The indictment does not follow in hæc verba (Code, § 7161 [15]), but we are of the opinion that considered in connection with Code 1907, §§ 7134 and 7135, the allegation that the party assaulted was a woman is sufficiently made.

There is no bill of exceptions, and, no error appearing in the record, the judgment is affirmed.

Affirmed.